[No. 54419-5-I. Division One. June 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN EDWARD OSTRANDER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-03301-1, Ronald Kessler, J., entered May 18, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54466-7-I. Division One. June 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS L. TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 03-1-00774-8, Michael E. Rickert, J., entered June 17, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54567-1-I. Division One. June 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDUL KHALEED SIDDIQ, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-01866-6, Ronald L. Castleberry, J., entered April 11, 2003. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington, A.C.J., and Baker, J.

[No. 54586-8-I. Division One. June 27, 2005.]

*In the Matter of the Marriage of* ROSE M. CUNDIFF, *Petitioner*, and ROY CUNDIFF III, *Respondent.*

CAROLYN SUE LAMPKIE, *as Executor, Appellant*, v. ROSE CUNDIFF, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 01-3-03937-1, James A. Doerty, J., entered June 24, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Ellington, A.C.J., and Becker, J.